# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

129360

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

TITUS McCLARY, FRANK ROSS, EARL
WHEELER, DR. COMER HEATH, HIGHLAND
PARK CITY COUNCIL, HIGHLAND PARK
REVITALIZATION GROUP 10, L.L.C.,
          Plaintiffs-Appellants,

v

STATE GAMING CONTROL BOARD,
          Defendant-Appellee.

SC: 129360
COA: 253011
Wayne CC: 03-333949-AZ

_____/

On order of the Court, the application for leave to appeal the July 14, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006

_____
Clerk

s0221